AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

14-1804 SECT. R MAG. 5

Raymond A Riego Jr
_Petitioner_

v.

Case No. _____
(Supplied by Clerk of Court)

Newell Normand
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Raymond Adrian Riego Jr.
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: Jefferson Parish Correction Center
   (b) Address: P.O. Box 388
                Gretna, La. 70054
   (c) Your identification number: 78182110

3. Are you currently being held on orders by:
   ☐ Federal authorities    ☒ State authorities    ☐ Other - explain: _____

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____

   ☐ Being held on an immigration charge
   ☒ Other (explain): Being held on a Indictment A true Bill Filed 5-31-12 States on or Between January 26, 27 2012 Violated 14:30.1 In he did Committ the Second degree Murder → on January 27 2012 Victim was living Seen By Paramedic's No Signs of foul Play.

TENDERED FOR FILING
AUG -6 2014
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee 5.00
Process ____
X Dkld ____
CtRmDep ____
Doc. No. ____

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☒ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☒ Other (explain): Being Detained Illegally C.Cr.p. Art 468 Bill of Information States on Jan 26, 27 2012, I Committ Second Degree Murder When on Jan 27 2012 The Victim Was Still Living

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: 24th Judicial District Parish Of Jefferson Div. N Hon Judge EnRight

   (b) Docket number, case number, or opinion number: 12-1010

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Being Held on A Bill of Information A True Bill Filed 5-31-12 Second Degree Murder  C.Cr.p. Art 487 Defective Bill of Information

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes        ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes ☐ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes ☐ No
If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____
_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

Page 6 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes      ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: Motion To Quash
(b) Name of the authority, agency, or court: 24th Judicial District Court Div. N Hon Judge EnRight Parish of Jefferson
(c) Date of filing: May 12, 2014
(d) Docket number, case number, or opinion number: 12-1010
(e) Result: Denied - See Attached Writ Denied (Exh. D)
(f) Date of result: June 4, 2014
(g) Issues raised: C.CrP. Art 487, Art 468, Art 464, Art 532 Elements of Offense ↔ Second Degree Murder Intentions Factual Basis Victim was still living on January 26 and 27 2012 → legal Finding a Trial Court are subject to De Novo Standing of Review
State v. Hunt 09-1589 (LA 12-1-09) 25 So.2d, 746 751

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** C.Cr.P. Art 468 Date and Time (Exh. A) Indictment A True Bill Filed 5-31-12, States on or Between January 26 or 27 Violated R.S. 14:30.1 In that he did Commit the Second Degree Murder

(a) Supporting facts (Be brief. Do not cite cases or law.):
(Exh. B) Item A27296-12 Report from Dated 1-27-12 On January 27, 2012, At Approximately 0615 Hours, Victim Appeared to be in Stable Condition at ▇ time of Incident, No Obvious Signs of Foul play or Trauma was Evident at Time of Incident

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☐ No

GROUND TWO: C.Cr.P. Art 485 Effect of Inconsistent or limiting Allegation of Bill of Particular

(a) Supporting facts (Be brief. Do not cite cases or law.):
Offense Charged In the Indictment was not Committed, The Indictment States Between January 26 and 27 2012. That he did Commit the Second Degree Murder Report Reveals on January 27, 2012 Victim was living In Stable Conditions

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

GROUND THREE: C.Cr.P. Art 464 Nature And Contents of Indictment

(a) Supporting facts (Be brief. Do not cite cases or law.):
Indictment States No Essential Facts Constituting the Allege Second Degree Murder Committed on January 26 and 27 2012. When Victim was living on January 27 Seen by the Paramedics No Signs of Foul play was Evidence C.Cr.P. 472 → General Intent

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** C.Cr.P. Art 487 Defective Indictment

(a) Supporting facts (Be brief. Do not cite cases or law.):
An Bill of Information Govern the Actions By the Court to Detain Accused for Prosecution, It constitues Actions Committed By Accused The Bill of Information filed 5-31-2012 is Defective, It States "On January 26 and 27 2012, I Committed A Second Degree Murder, Additional States No Idenification of Victim whom I Alleged to have Murdered C.Cr.P. 473. Last → On January 27, 2012 Victim was Living On Date Bill of Information Said Committed.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes        ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I have alot of Grounds but the Trial Judge Division "N" Hon. Stephen EnRight Jr. Didn't want to hear my Motion to Quash "See attached Motion to Quash" See Attached Exh.C Exh.A and Exh.B is part of this Writ.

**Request for Relief**

15. State exactly what you want the court to do: LSA-C.Cr.P. art 538, Prohibited the trial Court to try me Under Cruelty to a Juvenile which was upgraded to a Second Degree Murder, Also Would like Discharged from Custody or Bail without Bond Obligation as to that Charge. (LSA-C.Cr.P. art 538) ▓ the trial Court to Quash the Indictment C.Cr.P. art 487 Instruct

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

July 30, 2014

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 7-30-2014

Raymond A Riego Jr. #7818 2110
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*